**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2197**

In re:  TYRONE LORENZO ROBINSON,

Petitioner.

On Petition for Writ of Habeas Corpus.

Submitted:  January 31, 2017          Decided:  February 2, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Tyrone Lorenzo Robinson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Robinson filed a petition for an original writ of habeas corpus challenging his South Carolina convictions. This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2012), and this case provides no reason to depart from the general rule. Moreover, we find that the interest of justice would not be served by transferring the case to the district court. See 28 U.S.C. § 1631 (2012). Accordingly, we deny Robinson leave to proceed in forma pauperis, deny his motion for appointment of counsel, and dismiss the petition, amended petition, emergency petition, and all pending petitions.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED